UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL LEE BLACKMON,

     Petitioner,

v.                                        Case No. 3:20cv5454-LC-HTC

SECRETARY OF FLORIDA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL OF THE STATE OF FLORIDA,

     Respondents.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 16, 2020 (ECF No. 6) to which Petitioner objected (ECF Doc 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation (ECF Doc. 6) is

adopted and incorporated by reference in this order.

2.      The amended petition (ECF Doc. 5) is DISMISSED as an

unauthorized successive petition barred under 28 U.S.C. § 2244(b).

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of July, 2020.


s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5454-LC-HTC